IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY BLIGHT,

    Plaintiff,

v.

COMMISSION ON JUDICIAL PERFORMANCE, et al.,

    Defendants.

No. C 10-03467 WHA

**ORDER RE PLAINTIFF'S LETTER DATED 10/4/2010**

With respect to the letter dated October 4, 2010, the case to which it pertains is closed and no further action on the letter will be taken.

**IT IS SO ORDERED.**

Dated: October 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE